IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00625-WJM-BNB

DAVID HENDERSON,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipality,
JEREMY OWNBEY, a Denver Sheriff's Department deputy, in his official and individual
capacity, and
JOHN DOE, employee of the Denver Sheriff's Department in his/her official and individual
capacity,

Defendants.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Request to Amend
Scheduling Order** [docket no. 24, filed October 12, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The parties shall designate all experts
and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or
before **October 22, 2012**, and the parties shall designate all rebuttal experts and provide
opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before
**November 23, 2012**.

DATED:  November 6, 2012