IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00625-WJM-BNB

DAVID HENDERSON,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipality,
JEREMY OWNBEY, a Denver Sheriff's Department deputy, in his official and individual capacity, and
JOHN DOE, employee of the Denver Sheriff's Department in his/her official and individual capacity,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Modify Scheduling Order** [docket no. 31, filed February 14, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery Cut-off: | **March 6, 2013**; |
| Dispositive Motion Deadline: | **April 15, 2013**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for May 14, 2013, is **vacated and reset to June 13, 2013, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **June 6, 2013**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: February 15, 2013