### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Case No. 12-cv-0625-WJM-BNB

DAVID HENDERSON

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
JEREMY OWNBEY, a Denver Sheriff's Department deputy, in his individual and official capacity, and
JOHN DOE, employee of the Denver Sheriff's Department in his/her official and individual capacity

    Defendants.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice, filed May 6, 2014 (ECF No. 63).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned action is hereby DISMISSED WITH PREJUDICE.  Each party shall pay his, her or its own attorney's fees and costs.

Dated this 7th day of May, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge